UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MICHAEL L WASHINGTON,

        Plaintiff,

  v.                                             Case No. 12-C-181

STATE OF WISCONSIN, et al.,

        Defendants.

---

**ORDER DENYING SECOND MOTION TO AMEND OR CORRECT JUDGMENT**

---

The pro se plaintiff in the above matter has filed a second motion to amend or correct the judgment in the above matter. The Court dismissed the complaint pursuant to 28 U.S.C. § 1915A, concluding that both of the defendants were immune from liability under 42 U.S.C. § 1983. Nothing set forth in the second motion to amend or correct the judgment causes the Court to reconsider its earlier determination. Accordingly, the motion is DENIED.

    **SO ORDERED** this   4th   day of May, 2012.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge